IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAKIM NASEER,

                Plaintiff,

v.

THOMAS BELZ, C/O GALLINGER,
C/O WIEGEL, MARY MILLER,
SGT. WALLACE, CAPTAIN MASON,
and ELLEN RAY,

                Defendants.

ORDER

13-cv-821-jdp

---

Pro se plaintiff Hakim Naseer brought claims that staff at the Wisconsin Secure Program Facility staff retaliated against him for filing inmate grievances by contaminating his food, and that they failed to provide him medical aid. Defendants filed a motion for summary judgment, to which plaintiff did not respond even after being given an extension of time to file a response. In a March 23, 2016, order, I noted that plaintiff's failure to respond was part of a pattern of him abandoning claims in recent cases before this court. Dkt. 104, at 2-3. In an abundance of caution, I gave plaintiff a final chance to submit a response to defendants' motion for summary judgment. Plaintiff's final deadline passed without him filing a response. Therefore, as I warned him in the March 23 order, I will dismiss this case with prejudice for plaintiff's failure to prosecute it.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for plaintiff Hakim Naseer's failure to prosecute it.

2. The clerk of court is directed to enter judgment for defendants and close this case.

Entered April 19, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge