IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAKIM NASEER,

    Plaintiff,

v.

THOMAS BELZ, C/O GALLINGER,
C/O WIEGEL, MARY MILLER,
SGT. WALLACE, CAPTAIN MASON and
ELLEN RAY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-821-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Hakim Naseer's failure to prosecute it.

/s/                                                                                          4/19/2016

Peter Oppeneer, Clerk of Court                                          Date